**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ARIELLE HOUGHTALING,**

    Plaintiff,

vs.                                    **CASE NO.:**

**COLLECTION SITES, LLC,**
**a Foreign Limited Liability Company,**
**d/b/a LAB RECRUITER LLC,**

    Defendant.
_____/

## COMPLAINT

**COMES NOW,** Plaintiff, ARIELLE HOUGHTALING, by and through her undersigned counsel, and sues the Defendant, COLLECTION SITES, LLC, a Foreign Limited Liability Company d/b/a LAB RECRUITER LLC, and alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 and 1367.

2. Venue lies within the United States District Court Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim arose in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### PARTIES

3. At all times material herein, Plaintiff, ARIELLE HOUGHTALING ("Houghtaling" or "Plaintiff"), was and is resident of Polk County, Florida.

4. At all times material herein, Defendant, COLLECTION SITES, LLC d/b/a LAB RECRUITER LLC ("Collection Sites" or "Defendant"), was and is a Foreign Limited Liability Company, licensed and authorized to and doing business in Polk County, Florida.

5. Defendant is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## ADMINISTRATIVE PREREQUISITES

6. All conditions precedent to bringing this action have occurred.

7. Plaintiff, ARIELLE HOUGHTALING, timely filed a charge of discrimination with the Equal Opportunity Employment Commission ("EEOC") and Florida Commission on Human Relations ("FCHR"). A copy of the charge is attached as *Exhibit "A"*. A Right to Sue ("RTS") was issued on March 21, 2022 and is attached as *Exhibit "B"*.

8. More than 180 days have passed since the filing of said charge of discrimination.

## FACTUAL ALLEGATIONS

9. Plaintiff began her employment with the Defendant in or around February 2021 as Medical Assistant administering Covid-19 vaccines.

10. In or around the end of February 2021, Plaintiff learned that she was pregnant.

11. In or around mid-March 2021, Plaintiff became ill at work. Ryan Morales (Manager) asked Plaintiff what was wrong and she told him that she was pregnant.

12. On or about April 6, 2021, Melissa (General Manager/last name unknown) asked Plaintiff to step outside. Melissa told Plaintiff that she heard that Plaintiff was pregnant and that the company was going to have to let Plaintiff go.

13. Plaintiff proceeded to call Peter (Owner, last name unknown) to ask if she was being fired because she was pregnant.

14. Peter (Owner, last name unknown) told Plaintiff that it was best that they let her go.

15. Plaintiff has retained the undersigned counsel and has agreed to pay them a reasonable fee for their services.

## COUNT I
## FLORIDA CIVIL RIGHTS ACT ("FCRA") – PREGNANCY DISCRIMINATION

16. Plaintiff realleges and adopts the allegations stated in paragraphs 1 through 15 above, as if set out in full hereafter.

17. Plaintiff is a member of a protected class under the Florida Civil Rights Act ("FCRA"), Section 760.01, *et seq., Florida Statutes.*

18. By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of her pregnancy in violation of the FCRA.

19. Defendant knew, or should have known, of the discrimination.

20. As a result of Defendant's unlawful conduct, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d. Reinstatement;

    e. Compensatory damages, including for emotional pain and suffering;

    f. Injunctive relief;

    g. Attorney's fees and costs; and

    h. Such other relief this Court deems just and equitable.

**WHEREFORE,** Plaintiff, ARIELLE HOUGHTALING, demands a trial by trial and a judgment against Defendant, COLLECTION SITES, and for such other relief to which the Plaintiff may be justly entitled.

### COUNT II
### TITLE VII – PREGNANCY DISCRIMINATION

21. Plaintiff realleges and adopts the allegations stated in paragraphs 1 through 15 above, as if set out in full hereafter.

22. Plaintiff is a member of a protected class under Title VII of the Civil Rights Act.

23. By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of her pregnancy in violation of Title VII of the Civil Rights Act.

24. Defendant knew, or should have known, of the discrimination.

25. As a result of Defendant's unlawful conduct, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

   a. Back pay and benefits;

   b. Interest on back pay and benefits;

   c. Front pay and benefits;

   d. Reinstatement;

   e. Compensatory damages, including for emotional pain and suffering;

   f. Injunctive relief;

   g. Attorney's fees and costs; and

   h. Such other relief this Court deems just and equitable.

**WHEREFORE,** Plaintiff, ARIELLE HOUGHTALING, demands a trial by trial and a judgment against Defendant, COLLECTION SITES, and for such other relief to which the Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

26. Plaintiff demands a trial by jury on all issues so triable.

**DATED** this 6th day of May, 2022.

           **FLORIN GRAY BOUZAS OWENS, LLC**

           */s/ Miguel Bouzas*
           **MIGUEL BOUZAS, ESQUIRE**
           Florida Bar No.: 48943
           Mbouzas@fgbolaw.com

**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
Wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Telephone (727) 254-5200
Facsimile (727) 483-7942

*Attorneys for Plaintiff*